UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DESIREE NUGENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:25-cv-113 |
| | ) |
| AMAZON.COM SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff, Desiree Nugent ("Nugent"), brings this action against Defendant, Amazon.com Services, LLC ("Amazon" or "Defendant"), for unlawfully violating her rights as protected by the Title VII of the Civil Rights Act of 1964.

## JURISDICTION AND VENUE

2. Defendant operates within and conducts business within the Southern District of Indiana.

3. Jurisdiction is conferred on the Court by 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

4. Nugent was an "employee" within the meaning of Title VII, 42 U.S.C. § 2000e(f).

5. Defendant is an "employer" within the meaning of Title VII, 42 U.S.C. § 2000e(b).

6. Nugent satisfied her obligations to exhaust her administrative remedies, having timely filed a charge of discrimination with the Equal Employment Opportunity Commission.

The EEOC issued a right-to-sue notice to Nugent. She has timely filed her lawsuit.

7. All of the events, transactions, and occurrences pertinent to this lawsuit have occurred within the geographical environs of the Southern District of Indiana and all parties are located therein. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

8. Nugent, a female, was hired by Defendant on or about September 15, 2016. In October, 2022, she was promoted to GM Assistant ("GMA").

9. Throughout Nugent's employment, she met all of Defendant's legitimate employment expectations.

10. In April 2024, Amazon awarded Ms. Nugent TSSL + GMA of the month.

11. As GMA, Ms. Nugent entered bills received from contractors, including, Spotless Solutions, LLC.

12. Spotless Solutions had been an Amazon contractor for two years, performing light maintenance and remodeling.

13. All payments were approved by Nugent's manager, Josh Corum (male).

14. On September 24, 2024, there was a flood in the facility.

15. Amazon's DRI team came to clean up, replace drywall, and remove wet carpet. Josh Corum and maintenance manager Matt Clark (male) removed a machine, leaving anchors in the floor without marking the area as a hazard.

16. As a result, an employee fell and was injured.

17. Other Amazon employees did additional work in the area thereafter. The male managers were not questioned or reprimanded for their faulty work.

18. Corum and Clark both tried to claim that contractor Spotless Solutions had moved the machine. Ms. Nugent corrected them, as she saw Corum and Clark move it.

19. On October 2, 2024, Defendant asked Ms. Nugent to take a drug test. She reported to the testing facility as instructed for swab tests for saliva. Ms. Nugent has been diagnosed with dry mouth and could not produce sufficient saliva for the tests. The facility did not offer an alternate test.

20. Defendant's human resources representative accused Nugent of trying to withhold a sample. Defendant put her on paid leave but told her to work from home.

21. On Sunday, October 6, Defendant requested that Ms. Nugent report for another test. While she was offered another swab test, she eventually produced sufficient saliva and passed the test and returned to work. All of her paid suspension time was erased from her timecard.

22. Ms. Nugent was tasked with assisting the facility to do needed updates. This is not in her scope of work.

23. Defendant requested all work be completed by a contractor already in procurement system and had Nugent change the supplier to Spotless Solutions on the last day due to get final approval for funding.

24. Spotless Solutions LLC was already performing work at Amazon. Defendant's white male procurement employee approved the change.

25. On October 22, 2024, Defendant terminated Ms. Nugent, purportedly due to a violation of its conflict of interest policy, insisting that she was married to John Carden, the principal of Spotless Solutions.

26. Carden and Nugent are not married, and Nugent did not violate Amazon's policy.

27. Defendants stated reasons for its adverse actions against Nugent are pretextual.

28. Defendant discriminated against Nugent due to her sex. Defendant has treated similarly-situated male employees more favorably.

29. Nugent has been harmed by Defendant' unlawful actions, including but not limited to financial loss, embarrassment, humiliation, and emotional distress.

## LEGAL ALLEGATIONS
### Violations of the Civil Rights Act of 1964

30. Nugent hereby incorporates paragraphs 1-29 of her Complaint.

31. Defendant took adverse employment actions against Nugent in violation of her statutorily protected rights under Title VII of the Civil Rights Act of 1964.

32. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Nugent's rights as protected by law.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Desiree Nugent, by counsel, respectfully requests that the Court find for her and order that:

1. Defendant reinstate Nugent, or pay front pay and benefits to her in lieu of reinstatement;

2. Defendant pay lost wages and benefits to Nugent;

3. Defendant pay compensatory damages to Nugent;

4. Defendant pay pre- and post-judgment interest to Nugent;

5. Defendant pay Nugent's attorneys' fees and costs incurred in litigating her action;

and

      6.      Defendant pay to Nugent any and all other legal and/or equitable damages that the Court determines appropriate and just to grant.

Respectfully submitted,

John H. Haskin (7576-49)
Paul A. Logan (17661-02)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:   (317)955-9500
Facsimile:   (317)955-2570
Email:       jhaskin@jhaskinlaw.com
Email:       plogan@jhaskinlaw.com
Counsel for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, Desiree Nugent, by counsel, respectfully requests a jury trial for all issues deemed triable.

Respectfully submitted,


John H. Haskin (7576-49)
Paul A. Logan (17661-02)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:   (317)955-9500
Facsimile:   (317)955-2570
Email:       jhaskin@jhaskinlaw.com
Email:       plogan@jhaskinlaw.com
Counsel for Plaintiff